UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-10419DPW

| | |
|---|---|
| GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JEREMY JOHNSON and REPROMEDIX CORP.,<br><br>Defendants. | : CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 3, 2005 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, genX international, inc. and IVFonline.com, LLC states that they do not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

GENX INTERNATIONAL, INC.
IVFONLINE, LLC

By: _____
Glenn A. Duhl BBO#653001
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
Fax: (860) 527-5131
gduhl@siegeloconnor.com

Dated March 3, 2005