AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

genX international, inc. and
IVFonline.com, LLC

**APPEARANCE**

V.

Case Number: 05 CV 10419 DPW

Jeremy Johnson and
Repromedix Corp.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

genX international, inc. and IVFonline.com, LLC

I certify that I am admitted to practice in this court.

3/15/2005
Date

Signature

Glenn A. Duhl          BBO#653001
Print Name             Bar Number

150 Trumbull Street
Address

Hartford        CT        06103
City            State     Zip Code

(860)727-8900            (860) 527-5131
Phone Number             Fax Number