AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

genX international, inc. and
IVFonline.com, LLC

V.

Jeremy Johnson and
Repromedix Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05cv 10419 DPW**

FILED
IN CLERK'S OFFICE
2005 MAR 30 A 10:
U.S. DISTRICT COURT
DISTRICT OF MAS

TO: (Name and address of Defendant)

Jeremy Johnson, at his place of business
Repromedix Corp.
86 Cummings Park
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glenn A. Duhl
Siegel, O'Connor O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

MAR - 7 2005
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

05-10419-DPW

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date              Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

March 18, 2005

I hereby certify and return that on 3/16/2005 at 11:15AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by delivering in hand to MARALYNN SOCKOL, agent, person in charge at the time of service for JEREMY JOHNSON, at @ REPROMEDIX CORP., 86 CUMMINGS PARK, WOBURN, MA 01801. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.70), Postage and Handling ($1.00), Travel ($21.20) Total Charges $59.90

*Albert Fagnone*
Deputy Sheriff