UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and ) <br> IVFONLINE.COM, LLC, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JEREMY JOHNSON and ) <br> REPROMEDIX CORP., ) <br>     Defendants. ) | Civil Action No.: 05-10419DPW |

**NOTICE OF APPEARANCE OF JOHN R. BAUER
ON BEHALF OF DEFENDANTS JEREMY JOHNSON AND REPROMEDIX CORP.**

Pursuant to Local Rule 83.5.2 (a), John R. Bauer of Robinson & Cole, LLP hereby enters his appearance in this action on behalf of Defendants Jeremy Johnson and Repromedix Corp.

Respectfully submitted,

**JEREMY JOHNSON and
REPROMEDIX CORP.**

By their attorneys,

/s/  John R. Bauer
John R. Bauer BBO #630742
Elizabeth C. Sackett BBO #633649
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

July 20, 2005

BOST1-863367-1

## **CERTIFICATE OF SERVICE**

      I, John R. Bauer, hereby certify that on July 20, 2005, I caused a copy of the foregoing to be mailed by first class mail to Plaintiffs' counsel of record.

                                                /s/ John R. Bauer
                                                John R. Bauer