UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and<br>IVFONLINE.COM, LLC,<br>    Plaintiffs<br><br>v.<br><br>JEREMY JOHNSON and<br>REPROMEDIX CORP.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.: 05-10419DPW<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3(A), Defendant Repromedix Corp. ("Repromedix") discloses as follows:

Repromedix does not have a parent corporation.

No publicly held corporation owns 10% or more of the shares of Repromedix.

    Respectfully submitted,

    **REPROMEDIX CORP.**

    By its attorneys,

    /s/  John R. Bauer
    John R. Bauer BBO #630742
    Elizabeth C. Sackett BBO #633649
    **ROBINSON & COLE LLP**
    One Boston Place
    Boston, MA  02108-4404
    (617) 557-5900

Dated: July 25, 2005

BOST1-863736-1

2

**CERTIFICATE OF SERVICE**

    I, John R. Bauer, hereby certify that on July 25, 2005, I caused a copy of the foregoing to be mailed by first class mail to Plaintiffs' counsel of record.

                                          /s/  John R. Bauer
                                          John R. Bauer