UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GENX INTERNATIONAL, INC. and ) <br> IVFONLINE.COM, LLC, ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> JEREMY JOHNSON and ) <br> REPROMEDIX CORP., ) <br> Defendants. ) | Civil Action No.: 05-10419DPW |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) defendants Jeremy Johnson, Repromedix Corp., and their counsel herby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| **ROBINSON & COLE LLP** | **REPROMEDIX CORPORATION** |
|---|---|
| /s/ John R. Bauer | /s/ Craig S. Sockol |
| John E. Tener, BBO # 563791 | By: Craig S. Sockol |
| John R. Bauer, BBO # 630742 | Its: President and Chief Executive Officer |
| ROBINSON & COLE LLP |  |
| One Boston Place | **JEREMY JOHNSON** |
| Boston, MA  02108-4404 |  |
| (617) 557-5900 | /s/ Jeremy Johnson |
|  | Jeremy Johnson |

August 22, 2005

BOST1-866130-1