UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
**GENX INTERNATIONAL, INC. and** : **CIVIL ACTION NO. 05-10419DPW**
**IVFONLINE.COM, LLC,** :
:
**Plaintiffs,** :
**v.** :
:
**JEREMY JOHNSON and** :
**REPROMEDIX CORP.,** :
:
**Defendants.** : **AUGUST 22, 2005**

### PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), Plaintiffs, genX international, inc. and IVFonline.com, LLC, and their counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in Local Rule 16.4.

**Respectfully submitted,**

| | |
|---|---|
| **SIEGEL, O'CONNOR,**<br>   **O'DONNELL & BECK, P.C.** | **GENX INTERNATIONAL, INC.** |
| By:/s/ Glenn A. Duhl_____<br>Glenn A. Duhl BBO#653001<br>Siegel, O'Connor, O'Donnell & Beck, P.C.<br>150 Trumbull Street<br>Hartford, CT 06103<br>(860) 727-8900<br>Fax: (860) 527-5131<br>gduhl@siegeloconnor.com | By:_/s/ Michael Cecchi_____<br>   Michael Cecchi<br>   Its President<br><br>**IVFONLINE.COM, LLC**<br><br>By:_/s/ Monica Mezezi_____<br>   Monica Mezezi<br>   Its President |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2005, a copy of the foregoing Local Rule 16.1(D)(3) Certification was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Glenn A. Duhl