# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                               :

**GENX INTERNATIONAL, INC. and**    :      **CIVIL ACTION NO. 05-10419DPW**
**IVFONLINE.COM, LLC,**            :
                               :

      **Plaintiffs,**              :
**v.**                             :
                               :

**JEREMY JOHNSON and**         :
**REPROMEDIX CORP.,**          :
                               :

      **Defendants.**          :      **AUGUST 24, 2005**

## JOINT MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Due to a scheduling conflict that prohibits Plaintiff's counsel from attending the scheduling conference currently set for August 30, 2005 at 2:30 p.m., pursuant to Local Rule 40.3, undersigned counsel jointly request that the Court continue the scheduling conference to September 20, 2005 at 2:30 p.m.  Undersigned counsel represent that this is the first such request for a continuance in this matter.

**GENX INTERNATIONAL, INC. and**        **JEREMY JOHNSON and**
**IVFONLINE, LLC**                         **REPROMEDIX CORP.**

By their Attorneys,                        By their Attorneys,

/s/ Glenn A. Duhl_____    /s/ John R. Bauer_____
Glenn A. Duhl, BBO#653001          John R. Bauer, BBO#630742
Siegel, O'Connor, O'Donnell & Beck, P.C.  Robinson & Cole LLP
150 Trumbull Street                  One Boston Place
Hartford, CT 06103                  Boston, MA 02108-4404
(860) 727-8900                      (617) 557-5900

Dated: August 24, 2005