UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC, | : CIVIL ACTION NO. 05-CV-10419(DPW) |
| Plaintiffs, | : |
| v. | : |
| JEREMY JOHNSON and REPROMEDIX CORP., | : |
| Defendants. | : March 21, 2006 |

**REQUEST FOR LEAVE TO FILE MEMORANDUM OF LAW
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs request leave of Court to file a memorandum of law in support of their Motion to Compel in excess of twenty (20) pages. The reason for this request is so that Plaintiffs may comply with Local Rule 37.1(B)(1) – (5) in moving to compel answers to ten (10) interrogatories and production in response to twenty-eight (28) requests for production.

                GENX INTERNATIONAL, INC. and
                IVFONLINE.COM, LLC

                By: /s/ Glenn A. Duhl
                     Glenn A. Duhl BBO#653001
                     Siegel, O'Connor, O'Donnell & Beck, P.C.
                     150 Trumbull Street
                     Hartford, CT 06103
                     (860) 727-8900
                     Fax: (860) 527-5131
Dated March 21, 2006       gduhl@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, a copy of the foregoing Request For Leave to File Memorandum of Law in Excess of Twenty Pages was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Glenn A. Duhl
Glenn A. Duhl