UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC, | : CIVIL ACTION NO. 05-CV-10419(DPW) |
| Plaintiffs, | : |
| v. | : |
| JEREMY JOHNSON and REPROMEDIX CORP., | : |
| Defendants. | : March 21, 2006 |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, Plaintiffs hereby move the Court for an order compelling Defendant Johnson to fully and fairly comply with Plaintiffs' First Set of Interrogatories and Request for Production to Defendant Johnson, dated and served September 21, 2005, to which Defendant Johnson has objected or otherwise failed to provide full and fair responses, and an order compelling Defendant Repromedix Corp. to fully and fairly comply with Plaintiffs' First Set of Interrogatories and Request for Production to Defendant Repromedix Corp., dated and served September 21, 2005, to which Defendant Repromedix Corp. has objected or otherwise failed to provide full and fair responses.

A Memorandum of Law accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs request oral argument on their Motion to Compel.

|  |  |
|---|---|
|  | GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC |
|  | By: /s/ Glenn A. Duhl<br>Glenn A. Duhl BBO#653001<br>Siegel, O'Connor, O'Donnell & Beck, P.C.<br>150 Trumbull Street<br>Hartford, CT 06103<br>(860) 727-8900<br>Fax: (860) 527-5131 |
| Dated March 21 2006 | gduhl@siegeloconnor.com |

## LOCAL RULE 37.1 CERTIFICATION

I hereby certify that the provisions of Local Rule 37.1 have been complied with.

/s/ Glenn A. Duhl
Glenn A. Duhl

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, a copy of the foregoing Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Glenn A. Duhl
Glenn A. Duhl