UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and )<br>IVFONLINE.COM, LLC, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>JEREMY JOHNSON and )<br>REPROMEDIX CORP., )<br>    Defendants. ) | Civil Action No.: 05-10419DPW |

NOTICE OF APPEARANCE OF MELISSA M. D'ALELIO
ON BEHALF OF DEFENDANTS JEREMY JOHNSON AND REPROMEDIX CORP.

Pursuant to Local Rule 83.5.2 (a), Melissa M. D'Alelio of Robinson & Cole, LLP hereby enters her appearance in this action on behalf of Defendants Jeremy Johnson and Repromedix Corp.

Respectfully submitted,

**JEREMY JOHNSON and
REPROMEDIX CORP.**

By their attorneys,

/s/ Melissa M. D'Alelio
Melissa M. D'Alelio BBO #663035
John R. Bauer BBO #630742
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

April 3, 2006

BOST1-884275-1