# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GENX INTERNATIONAL, INC. and | ) | |
| IVFONLINE.COM, LLC, | ) | |
| Plaintiffs, | ) | |
|  | ) | **Civil Action No.: 05-10419DPW** |
| v. | ) | |
|  | ) | |
| JEREMY JOHNSON and | ) | |
| REPROMEDIX CORP., | ) | |
| Defendants. | ) | |

### ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 6(b), Defendants Jeremy Johnson and Repromedix Corp., with the Plaintiffs' assent, seek a one (1) week enlargement of time to file an opposition to Plaintiffs' Motion To Compel, which was filed on March 21, 2006. With this Court's approval, said opposition will be due on April 11, 2006. Additional time is requested so that Defendants' may adequately respond to Plaintiffs' forty nine (49) page Memorandum of Law in Support of The Motion to Compel, and sufficiently address each of the thirty seven (37) contested discovery items Plaintiffs seek to Compel.

Respectfully submitted,

**JEREMY JOHNSON and**
**REPROMEDIX CORP.**

By their attorneys,

/s/ Melissa M. D'Alelio
John R. Bauer BBO #630742
Melissa M. D'Alelio BBO #663035
**ROBINSON & COLE LLP**
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Assented to by:

**GENX INTERNATIONAL, INC. and**
**IVFONLINE.COM, LLC.**

By their attorney,

/s/ Glenn A. Duhl
Glenn A. Duhl BBO #653001
**Siegel, O'Connor, O'Donnell & Beck, P.C.**
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900

April 3, 2006