UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

GENX INTERNATIONAL, INC. and : CIVIL ACTION NO. 05-CV-10419(DPW)
IVFONLINE.COM, LLC,

    Plaintiffs,

v.

JEREMY JOHNSON and
REPROMEDIX CORP.,

    **Defendants.** : APRIL 10, 2006

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

    Pursuant to Local Rule 83.5.3(b), undersigned counsel as a member of the Bar of this Court moves that Michael J. Spagnola be permitted to appear and practice in this Court as an additional attorney for Plaintiffs in the above-captioned case. In support of this motion, the undersigned represents as follows:

    1.    As the accompanying certification of Mr. Spagnola demonstrates, he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

    2.    As the accompanying certification of Mr. Spagnola demonstrates, there are no disciplinary proceedings pending against Mr. Spagnola as a member of the bar in any jurisdiction.

    3.    As the accompanying certification of Mr. Spagnola demonstrates, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Case 1:05-cv-10419-DPW   Document 27    Filed 04/10/2006   Page 1 of 2

4. A payment of $50.00 to the Clerk of this Court will be mailed to the Court along with the Notice of Electronic Filing of this motion.

5. This motion is accompanied by a certification executed by Mr. Spagnola.

WHEREFORE, undersigned counsel moves that the Court grant this motion and allow Michael J. Spagnola to appear as counsel of record in the instant matter.

Dated April 10, 2006

By: /s/ Glenn A. Duhl
Glenn A. Duhl BBO#653001
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
Fax: (860) 527-5131
gduhl@siegeloconnor.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, a copy of the foregoing Motion for Leave to Appear Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Glenn A. Duhl
Glenn A. Duhl

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
**GENX INTERNATIONAL, INC. and** : CIVIL ACTION NO. 05-CV-10419(DPW)
**IVFONLINE.COM, LLC,** :
:
    Plaintiffs, :
v. :
:
**JEREMY JOHNSON and** :
**REPROMEDIX CORP.,** :
:
    <u>Defendants.</u>     : APRIL 10, 2006

**CERTIFICATE IN SUPPORT OF**
**<u>MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to Local Rule 83.5.3(b), in support of the accompanying Motion for Leave to Appear Pro Hac Vice, I, Michael J. Spagnola, do hereby certify that:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                      By: <u>/s/ Michael J. Spagnola</u>
                          Michael J. Spagnola
                          Siegel, O'Connor, O'Donnell & Beck, P.C.
                          150 Trumbull Street
                          Hartford, CT 06103
                          (860) 727-8900
                          Fax: (860) 527-5131
                          mspagnola@siegeloconnor.com