UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC, | : CIVIL ACTION NO. 05-CV-10419(DPW) |
| Plaintiffs, | : |
| v. | : |
| JEREMY JOHNSON and REPROMEDIX CORP., | : |
| Defendants. | : APRIL 17, 2006 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs hereby seek leave of Court to file a Reply Brief to Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel (Doc. 28), dated and filed April 11, 2006, within ten (10) days of the date of this motion being granted. The Reply Brief is necessary in order to address the procedural and substantive issues raised in Defendants' memorandum in opposition. Plaintiffs have conferred with Defendants' counsel and are able to report that Defendants consent to the granting of this motion.

                                                         GENX INTERNATIONAL, INC. and
                                                         IVFONLINE.COM, LLC

                                                       By: /s/ Glenn A. Duhl_____
                                                            Glenn A. Duhl BBO#653001
                                                            Siegel, O'Connor, O'Donnell & Beck, P.C.
                                                            150 Trumbull Street
                                                            Hartford, CT 06103
                                                            (860) 727-8900
                                                           Fax: (860) 527-5131
                                                           gduhl@siegeloconnor.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on April 17, 2006, a copy of the foregoing Motion for Leave to File Reply Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Glenn A. Duhl
                                                      Glenn A. Duhl