UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC, | : CIVIL ACTION NO. 05-CV-10419(DPW) |
| Plaintiffs, | : |
| v. | : |
| JEREMY JOHNSON and REPROMEDIX CORP., | : |
| Defendants. | : JUNE 29, 2006 |

## PLAINTIFFS' SECOND MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, Plaintiffs hereby move the Court for an order compelling Defendant Johnson to fully and fairly comply with Request for Production 34 in Plaintiffs' First Set of Interrogatories and Request for Production to Defendant Johnson, dated and served September 21, 2005, to which Defendant Johnson has objected and refused to comply. Plaintiffs also request that the Court order Defendants to pay them the reasonable expenses they incurred in preparing their Second Motion to Compel, including attorney's fees.

A Memorandum of Law accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs believe that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs request oral argument on their Second Motion to Compel.

                      **GENX INTERNATIONAL, INC. and**
                      **IVFONLINE.COM, LLC**

By: /s/ Michael J. Spagnola
    Glenn A. Duhl BBO#653001
    Michael J. Spagnola
    Siegel, O'Connor, O'Donnell & Beck, P.C.
    150 Trumbull Street
    Hartford, CT 06103
    (860) 727-8900
    Fax: (860) 527-5131
    gduhl@siegeloconnor.com
    mspagnola@siegeloconnor.com

## LOCAL RULE 37.1 CERTIFICATION

I hereby certify that the provisions of Local Rule 37.1 have been complied with.

/s/ Michael J. Spagnola
Michael J. Spagnola

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented in Plaintiffs' Second Motion to Compel.

/s/ Michael J. Spagnola
Michael J. Spagnola

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, a copy of the foregoing Second Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael J. Spagnola
Michael J. Spagnola