UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GENX INTERNATIONAL, INC. and IVFONLINE.COM, LLC,** ) ) ) **Plaintiffs,** ) **v.** ) ) **JEREMY JOHNSON and REPROMEDIX CORP.,** ) ) ) **Defendants.** ) ) | CIVIL ACTION NO. 05-CV-10419(DPW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiffs genX International, Inc. and IVFonline.com LLC and Defendants Jeremy Johnson and Repromedix Corporation hereby stipulate to dismissal with prejudice of all claims and counterclaims in the above-captioned action, and without costs assessed against any party.

Respectfully submitted,

Plaintiffs genX International, Inc. and
IVFonline.com, LLC

By their attorneys,

/s/ Michael J. Spagnola_____
Glenn A. Duhl, BBO #653001
Michael J. Spagnola
Siegel, O'Connor, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860) 727-8900
gduhl@siegeloconnor.com
mspagnola@siegeloconnor.com

                    Jeremy Johnson and
                    Repromedix Corporation

                    By their attorneys,


                    /s/ Melissa M. D'Alelio_____
                    John R. Bauer, BBO #630742
                    Melissa M. D'Alelio, BBO #663035
                    Robinson & Cole LLP
                    One Boston Place
                    Boston, MA 02108-4404
                    (617) 557-5900
                    jbauer@rc.com
                    mdalelio@rc.com


Dated: August 24, 2006